**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRANKEY TIGUE**                                                          **PLAINTIFF**
**ADC #171235**


**v.**                              **No. 4:26-cv-376-DPM**


**BROADWAY, Cpl/Security, Randall L.
Williams Unit, ADC**                                          **DEFENDANT**

### ORDER

**1.** The Court withdraws the reference.

**2.** Tigue hasn't paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2026