**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRANKEY TIGUE
ADC #171235**                                                                    **PLAINTIFF**


**v.**                                         **No. 4:26-cv-376-DPM**


**BROADWAY, Cpl/Security, Randall L.
Williams Unit, ADC**                                              **DEFENDANT**

## JUDGMENT

Tigue's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

4 June 2026